**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-24-5041-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** **E2029077** **Location Code: M13** |
| **vs.** | |
| **DANA C. MANZA,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $50.00 fine, $30 processing fee for violation number E2029077 (for a total of $80.00), and for good cause shown, **IT IS ORDERED** that the $80.00 fine paid by the defendant is accepted as a full adjudication of violation number E2029077.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED.

DATED this 26th day of August, 2024.

John Johnston
United States Magistrate Judge